46362. KAY ENTERPRISES, INC. v. SHAWMAC, INC.
46363. KAY et al. v. SHAWMAC, INC.

JORDAN, Presiding Judge. These cases were tried together in the lower court. The defendants appeal form a directed verdict and judgment thereon for the plaintiff based on a motion for directed verdict by the plaintiff at the close of the plaintiff's evidence, without affording the defendants any opportunity to offer evidence. "A motion for a directed verdict may be made at the close of the evidence offered by an opponent or at the close of the case." Rule 50 (a); CPA § 50 (a) (*Code Ann.* § 81A-150 (a)). Under this rule the defendant, but not the plaintiff, may move for a directed verdict at the close of the evidence for the plaintiff. The trial judge had no authority to direct a verdict for the plaintiff on motion of the plaintiff at this stage of the trial.

*Judgments reversed. Quillian and Evans, JJ., concur.*

226

*Bonner & Rubin, S. Richard Rubin, Virginia A. Bonner,* for appellants.

*Edward D. Wheeler,* for appellee.